**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00644-NYW

DARRELL FORTNER,

    Plaintiff,

v.

COUNTY OF EL PASO, COLORADO,
STATE OF COLORADO,
BLACK FOREST FIRE/RESCUE PROTECTION DISTRICT,
TERRY MAKETA,
SCOTT CAMPBELL,
BOB HARVEY,
JAMES REBITSKI,
EDWAN BRACKEN,
RICK MCMORRAN,
DIANA MAY,
PRESTON COOPER,
DARREL GLENN,
AMY FOLSOM,
ANDREW GORGEY,
JON MUELLER,
MICHAEL SHELBURNE, and
JOHN HICKENLOOPER,
In their official and individual capacities,

    Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendants' Unopposed Joint Motion to Stay Disclosures and Discovery and Request to Vacate Scheduling Conference (the "Motion"). [#30, filed May 7, 2015].

    IT IS ORDERED:

1. The Motion [#30] is GRANTED;

2. The Scheduling Conference set for May 28, 2015 at 10:15 a.m. is hereby VACATED; and

3. The Parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the Parties or that consent has been declined, on or before **May 21, 2015**.

DATED: May 12, 2015