**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00644-NYW

DARRELL FORTNER,

      Plaintiff,

v.

COUNTY OF EL PASO, COLORADO,
STATE OF COLORADO,
BLACK FOREST FIRE/RESCUE PROTECTION DISTRICT,
TERRY MAKETA,
SCOTT CAMPBELL,
BOB HARVEY,
JAMES REBITSKI,
EDWAN BRACKEN,
RICK MCMORRAN,
DIANA MAY,
PRESTON COOPER,
DARREL GLENN,
AMY FOLSOM,
ANDREW GORGEY,
JON MUELLER,
MICHAEL SHELBURNE, and
JOHN HICKENLOOPER,
In their official and individual capacities,

      Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action is before the court *sua sponte* following a review of the docket that demonstrates the existence of multiple pending motions that have been mooted by subsequent events.

      On March 30, 2015, Plaintiff proceeding *pro se* filed his Complaint on behalf of himself and "Does One Through Five Hundred." [#1]. On April 21, 2015, Defendant Black Forest Fire/Rescue Protection District (the "District") filed its Motion to Dismiss [#5], as did

Defendants the County of El Paso, Colorado, Terry Maketa, Scott Campbell, Diana May, Darryl Glenn, Amy Folsom, Andrew Gorgey, Michael Shelburne, and Jon Mueller (collectively "County Defendants") [#6].  On April 28, 2015, Plaintiff filed a First Amended Complaint in which he omitted Does 1-500 as plaintiffs.  [#7].  Plaintiff then filed a Motion to Dismiss Does 1-500 without prejudice on April 28, 2015 [#8] and again on May 4, 2015 [#12].  The County Defendants subsequently filed a Motion to Dismiss the First Amended Complaint [#31, filed May 7, 2015], as did the District (and joined by Defendants Bob Harvey, Edward Bracken, Rick McMorran, and Preston Cooper) [#32, filed May 8, 2015], and Defendants the State of Colorado and Governor Hickenlooper [#34, filed May 12, 2015].  Accordingly,

In light of the filing of the First Amended Complaint, IT IS ORDERED that the following Motions are **DENIED AS MOOT**:

1. The District's Motion to Dismiss [#5];

2. The County Defendants' Motion to Dismiss [#6];

3. Plaintiff's Motion to Dismiss [#8]; and

4. Plaintiff's Motion to Dismiss [#12].

Defendants' respective Motions to Dismiss directed at the First Amended Complaint remain pending.

DATED: May 13, 2015